# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
A Motherless.com user account, "DeviantNerd42", ) Case No. 1:19-mj-117
that is stored at premises owned, maintained, )
controlled and operated by Motherless.com )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____Western_____ District of _____Michigan_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement; travel in interstate commerce with intent to |
| 18 U.S.C. § 2423(b) | engage in illicit sexual conduct with a minor |

The application is based on these facts:
See Attached Continuation.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

SA Scott Butler, DHS/HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/12/2019

_____
Judge's signature

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
Printed name and title