## ATTACHMENT A
## DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

The property to be searched is a Motherless.com user account, "DeviantNerd42,"

that is stored at premises owned, maintained, controlled and operated by:

>   Motherless.com
>   308 E. 90th Street
>   New York, NY 10128