## ATTACHMENT B
### ITEMS TO BE SEIZED AND SEARCHED

This warrant authorizes the search of the Motherless.com User Account of DeviantNerd42, including all subscriber and/or user information, all electronic mail (sent, composed, notices, saved or received and deleted), images, text messages, histories, buddy lists, profiles, method of payment, detailed billing records, access logs, transactional data and any other files associated with the account from June 1, 2018 to March 22,2019.

This warrant authorizes the seizure of electronic mail and attachments that are evidence, fruit, and instrumentalities of violations of Title 18, United States Code, Sections 2422(b) or 2423(b).