UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEARCH WARRANT

Case No. 1:19-mj-117

_____/

NOTICE OF APPEARANCE

The undersigned counsel enters their appearance for the United States in the above captioned case.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date: April 12, 2019

DAVIN M. REUST
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404