AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                        ) Case No. 1:19-mj-117
A Motherless.com user account, "DeviantNerd42", that is )
stored at premises owned, maintained, controlled and )
operated by Motherless.com )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Michigan    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     April 26, 2019     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Ray Kent  .
                                                                               *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4/12/2019  9:53 AM               */s/ R. Kent*
                                                                                         *Judge's signature*

City and state:     Grand Rapids, Michigan                Ray Kent, U.S. Magistrate Judge
                                                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:19-mj-117 | 4/12/19 1057 Hours | Motherless |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

Content provided by Motherless on 4/12/19

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-15-19

_Scott_
Executing officer's signature

Scott Bower  SA HSI
Printed name and title

# ATTACHMENT A
## DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

The property to be searched is a Motherless.com user account, "DeviantNerd42," that is stored at premises owned, maintained, controlled and operated by:

> Motherless.com
> 308 E. 90th Street
> New York, NY 10128

## ATTACHMENT B
## ITEMS TO BE SEIZED AND SEARCHED

This warrant authorizes the search of the Motherless.com User Account of DeviantNerd42, including all subscriber and/or user information, all electronic mail (sent, composed, notices, saved or received and deleted), images, text messages, histories, buddy lists, profiles, method of payment, detailed billing records, access logs, transactional data and any other files associated with the account from June 1, 2018 to March 22, 2019.

This warrant authorizes the seizure of electronic mail and attachments that are evidence, fruit, and instrumentalities of violations of Title 18, United States Code, Sections 2422(b) or 2423(b).